Michael Kind, Esq.
Nevada Bar No.: 13903
**KIND LAW**
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
(702) 337-2322
(702) 329-5881 (fax)
mk@kindlaw.com
*Attorney for Plaintiff Grisel Luna-Kelly*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Grisel Luna-Kelly, <br><br> Plaintiff, <br> v. <br><br> Santander Consumer USA Inc., Equifax Information Services LLC, and Trans Union LLC, <br><br> Defendant. | Case No.: 2:20-cv-01321-KJD-EJY <br><br> **Stipulation to extend the deadline to file the proposed discovery plan and scheduling order** <br><br> **(First request)** |

Grisel Luna-Kelly ("Plaintiff") and Santander Consumer USA Inc., Equifax Information Services LLC ("Defendant" and together with Plaintiff as the "parties"), by and through their respective counsel, hereby stipulate to extend the deadline for the parties to file their stipulated or proposed discovery plan and scheduling order. The deadline to file the proposed plan is currently set for October 2, 2020.

Good cause exists to continue the deadline. The parties are actively exploring possible early resolution that may avoid the need for discovery by all sides.

The parties therefore agree that it is appropriate to extend the deadline for the parties to file a proposed or stipulated discovery plan and scheduling order to allow time for the parties to continue to explore early resolution. This request for an

STIPULATION — 1 —

extension is made specifically in this fee-shifting matter since briefing motions are a significant expense and settlement discussions are ongoing. The parties therefore seek to extend the deadline to file the proposed plan by 14 days, on or before **October 16, 2020**.

///

///

///

STIPULATION — 2 —

This is the first request for an extension of these deadlines.

Dated: October 5, 2020.

**KIND LAW**

/s/ Michael Kind
Michael Kind, Esq.
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
*Attorney for Grisel Luna-Kelly*

**LEWIS ROCA ROTHGERBER CHRISTIE LLP**

/s/ J. Christopher Jorgensen
J. Christopher Jorgensen, Esq.
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
*Attorney for Santander Consumer USA Inc.*

**CLARK HILL PLLC**

/s/ Jeremy J. Thompson
Jeremy J. Thompson, Esq.
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
*Attorney for Equifax Information Services LLC*

**QUILLING, SELANDER, LOWNDS, WINSLETT & MOSER, P.C.**

/s/ Jennifer Rebecca Bergh
Jennifer Rebecca Bergh, Esq.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
*Attorney for Trans Union LLC*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: October 6, 2020

STIPULATION — 3 —