Michael Kind, Esq.
Nevada Bar No.: 13903
**Kind Law**
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
(702) 337-2322
(702) 329-5881 (fax)
mk@kindlaw.com
*Attorney for Plaintiff Grisel Luna-Kelly*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Grisel Luna-Kelly, | Case No.: 2:20-cv-01321-KJD-EJY |
| Plaintiff, | **Stipulation of dismissal of Equifax Information Services LLC** |
| v. | |
| Santander Consumer USA Inc., Equifax Information Services LLC, and Trans Union LLC, | |
| Defendant. | |

    Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Grisel Luna-Kelly and Equifax Information Services LLC stipulate to dismiss Plaintiff's claims against Equifax Information Services LLC.

///

///

///

STIPULATION      - 1 -

     Each party will bear its own costs, disbursements, and attorney fees.

Dated: October 26, 2020.

**KIND LAW**

/s/ Michael Kind
Michael Kind, Esq.
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
*Attorney for Plaintiff Grisel Luna-Kelly*

**CLARK HILL PLLC**

/s/ Jeremy Thompson
Jeremy Thompson, Esq.
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
*Counsel for Equifax Information Services LLC*

IT IS SO ORDERED:

_____
UNITES STATES DISTRICT JUDGE

DATED: 10/28/2020

STIPULATION     - 2 -