Michael Kind, Esq.
Nevada Bar No.: 13903
**Kind Law**
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
(702) 337-2322
(702) 329-5881 (fax)
mk@kindlaw.com
*Attorney for Plaintiff Grisel Luna-Kelly*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Grisel Luna-Kelly, | Case No.: 2:20-cv-01321-KJD-EJY |
| Plaintiff, | **Stipulation of dismissal of Santander Consumer USA Inc.** |
| v. | |
| Santander Consumer USA Inc., Equifax Information Services LLC, and Trans Union LLC, | |
| Defendant. | |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Grisel Luna-Kelly and Santander Consumer USA Inc. stipulate to dismiss with prejudice Plaintiff's claims against Santander Consumer USA Inc.

///

///

///

S<small>TIPULATION</small>            - 1 -

Each party will bear its own costs, disbursements, and attorney fees.

Dated: November 23, 2020.

**KIND LAW**

/s/ Michael Kind
Michael Kind, Esq.
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
*Attorney for Plaintiff Grisel Luna-Kelly*

**LEWIS ROCA ROTHGERBER CHRISTIE LLP**

/s/ J. Christopher Jorgensen
J. Christopher Jorgensen, Esq.
3993 Howard Hughes Pkwy # 600
Las Vegas, Nevada 89169
*Counsel for Santander Consumer USA Inc.*

IT IS SO ORDERED:

UNITES STATES DISTRICT JUDGE

DATED: 11/30/2020